UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JAN 28 2005   ★

LONG ISLAND OFFICE

------------------------------------------------------X
NOVELL, INC.,

          Plaintiff,

    v.

CRESCENT COMPUTER & SOFTWARE
INC., a New York Corporation and AKBAR
PETIWALA,

          Defendants.

------------------------------------------------------X

**STATUS REPORT**

Civil No. CV 02-3639-SJF-MLO

    Pursuant to this Court's Request for Written Status Report, Plaintiff Novell, Inc. ("Novell") hereby advises the Court that the parties have settled this matter and are in the process of finalizing the settlement documents. The parties will submit a stipulation and final order resolving this case as soon as the signatures of the parties can be secured on the final settlement documents, which Novell expects to be in less than ten (10) days.

    Delays have previously occurred in resolving this case because of confusion about the correct version of the settlement documents and a significant settlement issue that arose after the initial settlement documents were circulated. That impediment has now been resolved, and Novell does not anticipate any further delays.

DATED: January 27th, 2005

NORMAN H. ZIVIN
DONNA A. TOBIN
COOPER & DUNHAM, LLP

GREGORY M. HESS
PARR, WADDOUPS, BROWN,
GEE & LOVELESS, PC

_____
Attorneys for Plaintiff Novell, Inc.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **STATUS REPORT** was served on January 27th, 2005, by U.S. Mail, first class postage prepaid, on the following:

>Jacques N. Meshell
>3669 Park Lane
>Coconut Grove, Florida 33133
>
>Attorney for Defendants Crescent Computer
>& Software, Inc. and Akbar Petiwala

*[signature]*

2

# COOPER & DUNHAM LLP
## ATTORNEYS AT LAW
1185 AVENUE OF THE AMERICAS, NEW YORK, NEW YORK 10036
TELEPHONE: (212) 278-0400

CHRISTOPHER C. DUNHAM
NORMAN H. ZIVIN
JOHN P. WHITE
WILLIAM E. PELTON
ROBERT D. KATZ
DONNA A. TOBIN
RICHARD S. MILNER
RICHARD F. JAWORSKI
PAUL TENG
GARY J. GERSHIK
JASON S. MARIN
MARIA V. MARUCCI
ARIAN A. BARYALAI
ASHTON J. DELAUNEY
CINDY YANG
BRIAN J. AMOS
JOSEPH B. GROSS
DANIEL N. SMITH*

IVAN S. KAVRUKOV
PETER D. MURRAY
JAY H. MAIOLI
ROBERT B. G. HOROWITZ
PETER J. PHILLIPS
WENDY E. MILLER
ROBERT T. MALDONADO
ERIC D. KIRSCH
ALAN J. MORRISON
PEDRO C. FERNANDEZ
KEITH J. BARKAUS
ANTHONY V. FLINT
AUDE GERSPACHER
JEFFREY C. SHIEH
NARESH SRITHARAN
DAVID J. KERWICK*
TONIA A. SAYOUR

FACSIMILE: (212) 391-0525
(212) 391-0526
(212) 391-0630

OF COUNSEL
DONALD S. DOWDEN

SCIENTIFIC ADVISOR
MURIEL M. LIBERTO, PH.D.

FOUNDED 1887
www.cooperdunham.com

* NEW YORK STATE BAR ADMISSION PENDING

January 27, 2005

**BY FEDERAL EXPRESS**

Clerk
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722-4451

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 28 2005 ★

LONG ISLAND OFFICE

Re:  Novell v. Crescent Computers & Software, Inc. et al
     Civ. 02 3639 SJF-MLO
     Dkt. 1836/67547

Dear Sir:

Enclosed for filing in connection with the above is a Status Report of Plaintiff Novell, Inc. A copy of these papers is being mailed, by Federal Express, to Mr. Robert Imrie, Courtroom Deputy to Judge Orenstein.

Thank you for your assistance.

Sincerely,

Donna A. Tobin

DAT/lf
cc: Mr. Robert Imrie (w/encl. by Fed Ex)
    Gregory Hess, Esq. (w/encl.)
    Norman H. Zivin, Esq.
    Jacques Meshell, Esq. (w/encl.)